IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ULLICO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV353 |
| | ) | |
| v. | ) | |
| | ) | |
| PLANNERS & INSURERS, INC., | ) | ORDER |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Plaintiff's unopposed motion to extend time, filing 35, is granted and,

1. Jury trial is continued to 9:00 a.m., September 26, 2005 for a duration of five days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Doe v. Thermal Services, 8:04cv357; New Hope v. City of Omaha, 8:04cv259; King v. West Corporation, 8:04cv318; Chao v. Patrinos, 8:04cv388; and Becella v. Kellogg, 8:04cv380.  Jury selection will be held at commencement of trial.

2. The pretrial conference will be held August 17, 2005 at 10:00 a.m. before the undersigned magistrate judge in the chambers of the undersigned, 566 Federal Building and United States Courthouse, **Lincoln**, Nebraska.

3. The deposition deadline is continued to August 3, 2005 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

      4.  All other provisions of the court's order setting this case for trial shall remain in effect.

      DATED this 26th day of April, 2005.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge