```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

ULLICO, INC.,                    )
                                 )
            Plaintiff,           )         8:04CV353
                                 )
      v.                         )
                                 )
PLANNERS & INSURERS, MERTZ       )         ORDER
INSURANCE GROUP, PATRICK         )
MERTZ, JON WESSELS and PAUL      )
DYLLA,                           )
                                 )
            Defendants.          )
                                 )
```

IT IS ORDERED:

Plaintiff'S motion to extend time, filing 37, is denied for the reason plaintiff has not shown good cause and there remains sufficient time to prepare for a late September trial.

DATED this 13th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge