```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                         DISTRICT OF NEBRASKA
           IN THE UNITED STATES DISTRICT COURT            2005 JUL -6  AM 11: 27
              FOR THE DISTRICT OF NEBRASKA
                                                          OFFICE OF THE CLERK
```

ULLICO INC., )
)
      Plaintiff, )
)
v. ) Case No.: 8:04cv353
)
PLANNERS & INSURERS, INC., )
  et al. )
      Defendants. )
)

## ORDER

Upon consideration of plaintiff's Unopposed Motion for a Stay, and good cause appearing it is this 6th day of July, 2005:

ORDERED that plaintiff's Unopposed Motion for a Stay is GRANTED, and this matter is STAYED until further order of this Court, granting an application made by either party to lift the stay and resume these proceedings.

_David Piester_
United States Magistrate Judge