THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ULLICO INC., | ) | 8:04CV353 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PLANNERS & INSURERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation for dismissal without prejudice (filing 43) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed without prejudice, each party to bear its own attorneys' fees and costs.

February 6, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge